UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ADAM CHISM                                                                                           PETITIONER

V.                                                              CIVIL ACTION NO. 3:20-CV-432-DPJ-LGI

WARDEN SCOTT MIDDLEBROOKS                                                       RESPONDENT

ORDER

This petition for habeas relief is before the Court of the Report and Recommendation [9] of United States Magistrate Judge LaKeysha Greer Isaac. Judge Isaac recommends dismissing the petition with prejudice. Petitioner Adam Chism has not filed an objection, and the time to do so has passed.

Finding no clear error in Judge Isaac's Report and Recommendation [9], the Court adopts it as its opinion. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

The petition is dismissed with prejudice. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 22nd day of August, 2023.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE